EUGENE BROWN, JR. (SBN: 079824)
AMEE A. MIKACICH (SBN: 146814)
ANTHONY J. LEBE (SBN: 205431)
**FILICE BROWN EASSA & McLEOD LLP**
1999 Harrison Street, 18th Floor
Oakland, CA 94612
Tel: (510) 444-3131
Fax: (510) 839-7940

Attorneys for Defendant
BOURK TOUN, erroneously sued and
and named herein as TOUN BOURK, and
Defendant JADE NGOR, erroneously sued
and named herein as JEAN LEE

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MERRITT BANKS,<br><br>    Plaintiff,<br><br>v.<br><br>MASH PETROLEUM, INC; TOUN BOURK dba BAY STAR CAFÉ; JADE NGOR; and Does 1-25, inclusive,<br><br>    Defendants. | Case No. c 06-03614<br><br>**STIPULATION OF DISMISSAL** |

IT IS HEREBY STIPULATED by and between the parties to this action through their designated counsel that the above-captioned action be and hereby is dismissed with prejudice pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure.

DATED: Aug 10, 2007

                                PAUL L. REIN
                                JULIE MCLEAN
                                LAW OFFICES OF PAUL L. REIN

                                by: /s/ Paul L. Rein
                                Attorneys for Plaintiff
                                MERRITT BANKS

DATED: 7/30/, 2007

FILICE BROWN EASSA & MCLEOD LLP

by: _____
EUGENE BROWN, JR.
AMEE A. MIKACICH
ANTHONY J. LEBE
Attorneys for Defendant BOURK TOUN, erroneously sued and and named herein as TOUN BOURK, and Defendant JADE NGOR, erroneously sued and named herein as JEAN LEE

DATED: _____, 2007

HARVEY W. STEIN
LAW OFFICES OF HARVEY W. STEIN, P.C.

by: _____
Attorneys for Defendant MASH PETROLEUM, INC.

FBE&M
LAKE MERRITT PLAZA
999 HARRISON STREET
EIGHTEENTH FLOOR
KLAND CA 94612-3541
PHONE 510.444.3131

-2-

05878 33346 AJL 568751.1

STIPULATION OF DISMISSAL

1
2  DATED: 7/30/2007
3
4                                          FILICE BROWN EASSA & MCLEOD LLP
5
                                           by: _____
6                                          EUGENE BROWN, JR.
                                           AMEE A. MIKACICH
7                                          ANTHONY J. LEBE
                                           Attorneys for Defendant BOURK TOUN,
8                                          erroneously sued and and named herein as
                                           TOUN BOURK, and Defendant JADE
9                                          NGOR, erroneously sued and named
                                           herein as JEAN LEE
10  DATED: 8/17, 2007
11
12                                         HARVEY W. STEIN
                                           LAW OFFICES OF HARVEY W. STEIN, P.C.
13
14                                         by: _____
15                                         Attorneys for Defendant MASH
                                           PETROLEUM, INC.
16
17
18
19
20  9/25/2007

IT IS SO ORDERED

Judge Marilyn H. Patel

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

21
22
23
24
25
26
27
28

FBE&M

-2-

STIPULATION OF DISMISSAL